

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00621-CR

Lisa Nursel **CONRAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A12383
Honorable Stephen B. Ables, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2014.

_____
Patricia O. Alvarez, Justice

---

[1] Judge N. Keith Williams is the presiding judge in the 216th District Court, but Judge Stephen B. Ables, presiding judge of the Sixth Administrative Judicial Region, signed the judgment.